# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2331
Lower Tribunal No. 18-22627
_____

**Mireille Laurore,**
Appellant,

vs.

**Publix Super Markets, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Nwahiri Law, PLLC, and Tobechuku Tony Nwahiri, for appellant.

Weiss Serota Helfman Cole & Bierman, P.L., Edward G. Guedes and Richard Rosengarten, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See Jones v. Ervolino, 339 So. 3d 473, 474 (Fla. 3d DCA 2022) ("The Florida Supreme Court has substantially revised the substantive and procedural provisions of the summary judgment rule."); Id. at 475 ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." (quoting Fla. R. Civ. P. 1.510(a)).